UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MAINE

2017 MAY 31  P 1: 16

DEPUTY CLERK

In the Matter of the Search of
Information Associated with PAOLADMT@GMAIL.COM

Case No. 2:17.mj.93.JHR

## PAOLA D'AMATO'S OBJECTION AND MOTION TO QUASH SEARCH WARRANT

Paola D'Amato, through her attorney, Judy Potter, Esquire, objects and moves to Quash the Search Warrant issued on 4/21/17 in the above matter for the following reason:
Said Warrant seeks the production of material that is subject to the attorney-client privilege, more specifically information relating to correspondence between Ms. D'Amato and the persons listed on the list which is attached as Exhibit A and incorporated herein by reference.

Date: May 29, 2017

s/ Judy Potter
Judy Potter, Esquire
Bar No. 694
Attorney for Ms D'Amato
356 Spurwink Avenue
Cape Elizabeth, Maine 04107
799-5453